UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

Civil Action No. 2:11-CV-593-PMD

| | |
|---|---|
| Scottsdale Insurance Company, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| Benjamin Mora Construction LLC, John Louis Waller and Jo Lynn Haas Waller, Trustees of the Waller Family Trust, under Trust Agreement Dated August 5, 1999, and John Louis Waller and Jo Lynn Haas Waller, Individually, | ) ) ) ) ) ) ) ) **ORDER OF DISMISSAL** |
| Defendants. | ) ) ) |

Upon motion of the Plaintiff, by and with the consent of the appearing Defendant, through their respective, undersigned counsel,

IT IS ORDERED, ADJUDGED AND DECREED, that the Complaint of the Plaintiff be, and the same is, hereby voluntarily dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

_____
PATRICK MICHAEL DUFFY
United States District Judge

Charleston, South Carolina
April 4, 2011

TPGL 3747252v1

WE MOVE:

____/s/  Thomas C. Salane_____
Thomas C. Salane, Fed. ID # 3703
Turner Padget Graham & Laney P.A.
P.O. Box 1473
Columbia, S.C. 29202
tsalane@turnerpadget.com
Telephone:  (803) 254.2200

ATTORNEYS FOR PLAINTIFF
SCOTTSDALE INSURANCE COMPANY


WE CONSENT:


____/s/  John T. Chakeris_____
John T. Chakeris, Fed. ID # 7236
The Chakeris Law Firm
P.O. Box 397
Charleston, S.C. 29402
john@chakerislawfirm.com
Telephone:  (843) 853-5678

ATTORNEYS FOR DEFENDANTS JOHN LOUIS
WALLER AND JO LYNN HASS WALLER, TRUSTEES
OF THE WALLER FAMILY TRUST, UNDER TRUST
AGREEMENT DATED AUGUST 5, 1999, AND
JOHN LOUIS WALLER AND JO LYNN HASS
WALLER, INDIVIDUALLY